IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRANCE BROWN,

    Petitioner,

v.

KEVIN KAUFFMAN, et al.,

    Respondents.

CIVIL ACTION
NO. 18-89

FILED
AUG 23 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 22nd day of August 2018, upon consideration of the Amended Petition for Writ of Habeas Corpus (Doc. No. 4), the Response to the Petition (Doc. No. 10), the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Doc. No. 14), and the fact that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is APPROVED and ADOPTED;

2. The Amended Petition for a Writ of Habeas Corpus (Doc. No. 4) is **DENIED.**

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.